(Reap. Dec. 10067)

BARNES-HIND LABORATORIES, INC. *v.* UNITED STATES

Entry No. 5898.

(Decided August 22, 1961)

*Glad & Tuttle* for the plaintiff.
*William H. Orrick, Jr.*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain coal-tar products that were exported from Denmark and entered at the port of San Francisco, Calif.

Stipulated facts, upon which the case has been submitted, establish that the proper basis for appraisement of the items in question is American selling price, as defined in section 402(e) of the Tariff Act of 1930, as modified by the Customs Simplification Act of 1956 (91 Treas. Dec. 295, T.D. 54165), and that such value therefor, which I hold to be the proper statutory value, is as follows:

| Item | Export period | Price |
|---|---|---|
| Calcium PAS Trihydrate | 1959 | $2.75 less 1% |
| Sodium Aminosalicylate | | $1.75 less 1% |

Judgment will be rendered accordingly.